UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY SALGADO as
personal representative of
the Estate of CARL JOSEPH
ZAHN, Deceased,

     Plaintiff,

v.                                  CASE NO: 8:04-cv-309-T-23EAJ

ELECTRIC MOBILITY CORPORATION,

     Defendant.
_____/

### ORDER

    The action is placed on the **December, 2005** trial term.  The pretrial conference

is scheduled for **November 1, 2005 at 11:00 am** in Courtroom 11A before the Hon.

Elizabeth A. Jenkins.

    ORDERED in Tampa, Florida, on May 4, 2005.

                                 _____
                                  **STEVEN D. MERRYDAY**
                              **UNITED STATES DISTRICT JUDGE**

cc:   U.S. Magistrate Judge
       Courtroom Deputy