UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY SALGADO as
personal representative of
the Estate of CARL JOSEPH
ZAHN, Deceased,

    Plaintiff,

v.                                             CASE NO: 8:04-cv-309-T-23EAJ

ELECTRIC MOBILITY CORPORATION,

    Defendant.
_____/

**ORDER**

The Court is advised that this matter is settled. Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate all pending motions and (2) close the case.

ORDERED in Tampa, Florida, on July 27, 2005.

                                              STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE

cc:     Courtroom Deputy